

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

## O R D E R

By order dated December 4, 2014, this court granted appellant's motion for rehearing, reinstated this appeal on the docket of this court, and clarified that this court construes this appeal as an accelerated, interlocutory appeal from: (1) the trial court's order dated July 17, 2014, granting a temporary injunction, *see* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4); and (2) the trial court's order dated July 17, 2014, denying appellant's motion to dismiss filed pursuant to section 27.003 of the Texas Civil Practice and Remedies Code (Texas Citizens Participation Act), *see id*. at § 27.008. Our order instructed the appellant that if he believed this court had jurisdiction to consider any other order contained in the clerk's record in this appeal, appellant was required to file a written response specifying such additional orders with a citation to a specific statute that gives this court jurisdiction to consider such additional orders.

Appellant has filed an emergency motion for reconsideration of this court's order in which appellant first appears to contend that this court has jurisdiction to also consider the trial court's order denying appellant's plea to the jurisdiction; however, this court only has jurisdiction to consider an interlocutory appeal from an order denying a plea to the jurisdiction filed by a governmental unit. *Id*. at § 51.014(a)(8). Accordingly, this court does not have jurisdiction in this appeal to consider the trial court's order denying appellant's plea, and appellant's motion requesting reconsideration of this court's prior order is DENIED. Therefore, in this appeal, this court will consider only the two orders specified in our prior order, and appellant's brief must be filed no later than thirty days from the date of this order.

Appellant's motion also states that settings are pending in the trial court for further proceedings in the underlying cause. Because appellant is appealing the trial court's order denying his motion to dismiss which was filed pursuant to section 27.003 of the Texas Citizens Participation Act, however, all proceedings in the trial court are STAYED pending this court's resolution of this appeal. *Id.* at § 51.014(b).

_____
Catherine Stone, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court